552

371 A.2d 221

Commonwealth v. Bostic, Appellant.

Submitted September 11, 1975. Edward C. Connolly, and Connolly, McAndrews, Kihm & Stevens, for appellant; Martin J. King, Deputy District Attorney, and Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Since appellant was convicted of escape, an offense that under the circumstances is a felony of the third degree, 18 Pa.C.S. § 5121(d)(1), appellant could be sentenced only to a maximum of seven years' imprisonment. 18 Pa.C.S. § 1103(3). The case is therefore remanded for resentencing. In all other respects, the judgment of sentence is affirmed.

371 A.2d 221

Commonwealth v. Bowen, Appellant.

Submitted February 2, 1976. Robert Morris Cohen, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.